12885

PRATER v. CONTINENTAL CASUALTY CO.

(152 S. E., 706)

August, 1929.

*Messrs. Gibbes & Porter,* for appellant,

*Mrs. S. Evelyn Lester,* for respondent.

*Mrs. S. Evelyn Lester,* for respondent.

April 4, 1930.

The opinion of the Court was delivered by MR. JUSTICE COTHRAN.

This appeal is disposed of by the judgment of this Court in the case of Will Williams against the same defendant, 155 S. C., 543, 152 S. E., 703, the opinion in which by Mr. Justice Carter is filed herewith.

The judgment of this Court is that the order appealed from be affirmed.

MR. CHIEF JUSTICE WATTS and MESSRS. JUSTICES BLEASE, STABLER and CARTER concur.